ROBERT A. DUNN, WSBA #12089
ALEXANDRIA T. JOHN, WSBA #45188
DUNN BLACK & ROBERTS, P.S.
111 N. Post, Ste. 300
Spokane, WA 99201-0907
Telephone: (509) 455-8711
Facsimile: (509) 455-8734
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF EASTERN WASHINGTON

| | |
|---|---|
| MARTIN GILL, an individual, | NO. 2-13-CV-00252-LRS |
| Plaintiff, | **ORDER OF DISMISSAL WITH PREJUDICE** |
| v. | |
| DePUY SPINE, INC., an Ohio corporation, DePUY SYNTHES SALES, INC., a Massachusetts corporation; and JOHNSON & JOHNSON, a New Jersey corporation, | |
| Defendants.. | |

Based upon the parties' Stipulated Motion for Order of Dismissal with Prejudice,

IT IS HEREBY ORDERED as follows:

1. The above-captioned case is dismissed with prejudice and without fees and costs to any party; and

ORDER OF DISMISSAL WITH PREJUDICE - 1

**Dunn Black & Roberts**
A Professional Service Corp.

111 North Post, Suite 300
Spokane, WA 99201
VOICE: (509) 455-8711 • FAX: (509) 455-8734

2. The District Court Executive is directed to enter this Order, provide copies to counsel, and close the file.

DATED this 9th day of July, 2014.

*s/Lonny R. Suko*

_____
LONNY R. SUKO
SENIOR U. S. DISTRICT JUDGE

ORDER OF DISMISSAL WITH PREJUDICE - 2